*834 McCLENDON, J.,
concurs and assigns reasons.
I concur with the result reached by the majority. However, I note that appellate courts have “plenary power to exercise supervisory jurisdiction and may do so at any time, according to the discretion of the court.” Price v. Roy O. Martin Lumber Co., 04-0227, p. 16 (La.App. 1 Cir. 4/27/05), 915 So.2d 816, 826, writ denied, 05-1390 (La.1/27/06), 922 So.2d 543. To the extent that some of the statements in the majority opinion could be construed to conflict with the holding in Price, I believe them to be misguided. Further, although there may be some notice problems with regard to the contempt ruling, because sanctions have not yet been imposed I believe the result reached by the majority to be correct.